**Opinion issued April 28, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-20-00278-CV

————————————

## IN RE CHB HOSPITAL BELLAIRE, LLC, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, CHB Hospital Bellaire, LLC, has filed a petition for a writ of mandamus challenging the trial court's March 13, 2020 order denying relator's "Motion to Stay Litigation."[1,2]

---

[1] The underlying case is *Seketa Johnson v. CHG Hospital Bellaire, LLC*, Cause No. 2019-58375, pending in the 157th District Court of Harris County, Texas, the Honorable Tanya Garrison presiding.

We deny the petition.  We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Landau, and Countiss.

---

[2]     Relator asserts in its petition for writ of mandamus that it seeks relief from the trial court's denial of relator's "motion to stay litigation and compel arbitration" but the order attached to the petition does not refer to a motion to compel arbitration.